

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00416-CR

Jonathan Bates **NUNEMAKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 23-07-14823-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED September 18, 2024.

_____
Beth Watkins, Justice